## ROY NORRIS *v.* STATE OF MARYLAND.
### [No. 38, January Term, 1930.]

*Decided May 12th, 1930.*

· The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Estel C. Kelly* and *Charles G. Watson,* for the appellant.

*William L. Marbury, Jr., Assistant Attorney General,* with whom were *Thomas H. Robinson, Attorney General,* and *William A. Huster, State's Attorney for Allegany County,* on the brief.

A *per curiam* opinion was delivered.